UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-62632-Civ-COOKE/TORRES

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

JOHN DOE, subscriber assigned IP
address 98.249. 235.171,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear their own costs and attorney's fees. *See* Not. of Settlement and Voluntary Dismissal With Prejudice, ECF No. 10. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 29th day of April 2014.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*